# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Tony Khanuk, as Trustee of the Tony Khanuk Revocable Trust, et al.,

Plaintiff(s),

v.

Aevum, Inc.,

Defendant(s).

Case No. 22-cv-7068
Judge Martha M. Pacold

## AMENDED JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Default judgment is entered in favor of Tony Khanuk as Trustee of the Tony Khanuk Revocable Trust and against Aevum, Inc. in the amount of $614,686.23. Default judgment is entered in favor of Jerry Chung and against Aevum, Inc. in the amount of $487,539.66. Plaintiffs are awarded fees in the amount of $30,533.50 and costs in the amount of $628.02.

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge         without a jury and the above decision was reached.
☒ decided by Judge Martha M. Pacold         on a motion

Date: 6/20/2023　　　　　　　　　　　　　Thomas G. Bruton, Clerk of Court

　　　　　　　　　　　　　　　　　　　　/s/ Ruth O'Shea, Deputy Clerk