

**FILED**

JAN 10 2024 MCP

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**CHASE** ○

Court Orders and Levies
RCO Centralized Mail
Mail Code: LA4-7200
700 Kansas Lane
Monroe, LA 71203-4774
Phone: 1-866-578-7022

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OP ILLINOIS EASTERN DIVISION
219 South Dearborn Street
Chicago, IL 60604

**RE: TONY KNANUK ET AL v. AEVUM INC Case No.: 122CV07068, UNITED STATES DISTRICT COURT NORTHERN DISTRICT OP ILLINOIS EASTERN DIVISION**

JPMorgan Chase Bank, N.A. is in receipt of your CITATION TO DISCOVER ASSETS against the following debtor(s): AEVUM INC

Memo: No Customer Located

**Answers**

| | |
|---|---|
| Did you have in your possession, custody or control any personal property or monies belonging to the judgment debtor? | NO |
| Is this an IRA account or are all funds in the account(s) exempt funds? | Not Applicable |
| Is/are the account(s) current balance equal to or less than the total of the exempt deposits? | Not Applicable |
| List all electronic deposits into account(s) and their source(s): | Not Applicable |
| List adverse claims | Not Applicable |
| SIGNATURE | /S/JOSEPH A WILSON |

These responses are based upon a search of data contained in JPMorgan Chase Bank, N.A's centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtor(s) or accounts.

Please allow this letter to serve as JPMorgan Chase Bank, N.A's answer to the CITATION TO DISCOVER ASSETS. If you should have any questions regarding this matter, please contact JPMorgan Chase Bank, N.A. at 1-866-578-7022.

Sincerely,

Joseph A Wilson
Transactions Specialist IV
JPMorgan Chase Bank, N.A.

Date: Friday, Dec 29, 2023

JPMorgan Chase & Co.
Mail Code: LA4-7200
700 Kansas Lane
Monroe, LA 71203-4774

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OP ILLINOIS EASTERN DIVISION
219 South Dearborn Street
Chicago, IL 60604